**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------
LISA N. ROY,

                      Plaintiff,

                                         No. 1:10-CV-216
v.                                           (LEK/DRH)

MERCY OF NORTHERN NY,

                      Defendant.
-----------------------------------------------------------------

**APPEARANCES:**

LISA N. ROY
Plaintiff pro se
Post Office Box 1173
Saranac Lake, New York 12983

**DAVID R. HOMER**
**U.S. MAGISTRATE JUDGE**

### REPORT-RECOMMENDATION and ORDER

      Plaintiff pro se Lisa N. Roy ("Roy") commenced this action on February 24, 2010 under 42 U.S.C. § 1983 alleging violations of her civil rights.  Docket No. 1.  The complaint fails to satisfy the basic pleading requirements established by the Federal Rules of Civil Procedure, In an order filed March 3, 2010, this Court directed Roy to file an amended complaint that fully complies with Fed. R. Civ. P. 8 and 10.  Docket No. 5.  Roy has failed to file an amended complaint.  Accordingly, since this action cannot proceed in the absence of Roy's submission of a sufficient complaint, it is hereby

      **RECOMMENDED** that Roy's complaint be **DISMISSED** in its entirety without prejudice pursuant to Fed. R. Civ. P. 16(f)(1)(C) and 37(b)(2)(A)(v) for Roy's failure to comply with the Court's Maarch 3, 2010 order; and it is hereby

**ORDERED** that the Clerk serve Roy with a copy of this report-recommendation by regular mail.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may lodge written objections to the foregoing report. Such objections shall be filed with the Clerk of the Court "within fourteen (14) days after being served with a copy of the . . . recommendation." N.Y.N.D.L.R. 72.1(c) (citing 28 U.S.C. §636(b)(1)(B)-(C)). **FAILURE TO OBJECT TO THIS REPORT WITHIN FOURTEEN DAYS WILL PRECLUDE APPELLATE REVIEW.** Roldan v. Racette, 984 F.2d 85, 89 (2d Cir. 1993); Small v. Sec'y of HHS, 892 F.2d 15 (2d Cir. 1989); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72, 6(a), 6(e).

Dated: August 24, 2010
       Albany, New York

*David R. Homer*
United States Magistrate Judge